JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1446 NORTH GARFIELD LLC, A California Limited Liability Company;<br><br>   Plaintiff,<br><br>  vs.<br><br>AMCO INSURANCE COMPANY, an Iowa corporation; and DOES 1 to 100;<br><br>   Defendants. | Case No. CV11-00250-AHM (CWx)<br><br>(Assigned to Judge A. Howard Matz)<br><br>ORDER DISMISSING ACTION<br><br>Case Filed:  December 8, 2010<br>Pretrial Conf.: December 27, 2011<br>Trial Date:  January 10, 2012 |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

## ORDER

Before the Court is a Joint Stipulation of Dismissal With Prejudice filed by the parties. (Docket No. 10.) The Court construes the Stipulation as a dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The action is dismissed with prejudice pursuant to the stipulation of the parties.

DATED: July 26, 2011

_____

**JS-6**

A. Howard Matz

United States District Court Judge

LA 51443352